UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS FULKERSON AND FERRELL BRUNET On Behalf of Themselves and Others Similarly Situated, | CASE NO. 3:12-cv-00232-FJP-DLD |
| Plaintiffs, | COLLECTIVE ACTION |
| v. | |
| ECOSCIENCE RESOURCE GROUP, L.L.C., | JURY DEMANDED |
| Defendant. | |

### ORDER

Plaintiffs' Motion for Pro Hac Vice Admission is GRANTED. Richard J. (Rex) Burch is admitted to practice in this case as co-counsel for the Plaintiffs per Local Rule 83.2.6.

Signed in Baton Rouge, Louisiana, on May 7, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**